IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

United States of America,       :

      Plaintiff       :

   v.       :     Civil No. AMD-00-768

BARBARA MARTIN,       :

      Defendant       :

**ORDER**

The Court having considered the Plaintiff's Motion to Vacate Default Judgment, it is this ___ day of _____, 2002, ORDERED:

1. That the Judgment by Default entered in favor of the Plaintiff and against the Defendant on June 13, 2000 BE, and the same HEREBY IS VACATED.

2. That the case is DISMISSED without prejudice with each party to bear its own costs; and

3. That the Clerk of the Court shall send copies of this Order to Defendant and Plaintiff.

ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE